[No. 29836-1-III.   Division Three.   October 25, 2011.]

RAY STEINBOCK ET AL., *Appellants*, v. FERRY COUNTY PUBLIC UTILITY DISTRICT NO. 1 ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Ferry County, No. 09-2-00038-1, Harold D. Clarke III, J. Pro Tem., entered February 22, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Brown, J. New Published at 165 Wn. App. 479.

[No. 27360-1-III.   Division Three.   October 27, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIAS SALGADO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-02941-8, Susan L. Hahn, J., entered August 14, 2008. *Remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.

[Nos. 28333-0-III; 29106-5-III.   Division Three.   October 27, 2011.]

*In the Matter of the Marriage of* LANCE ALTON LINDERMAN, *Respondent*, and HEIDY DAWN LINDERMAN, *Appellant*.

Appeals from a judgment of the Superior Court for Grant County, No. 01-3-00374-7, John D. Knodell III, J., entered July 10, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[Nos. 29178-2-III; 29179-1-III;   Division Three.   October 27, 2011.]
        29180-4-III; 29181-2-III.

*In the Matter of the Welfare of* M.G. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. W.J.G., *Appellant*.

Appeals from a judgment of the Superior Court for Pend Oreille County, No. 09-7-00063-2, Allen Nielson, J., entered July 15, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.